210 So.2d 507

**Georgia E. SMITH**

v.

**PHOENIX INSURANCE COMPANY OF HARTFORD et al.**

No. 49258.

June 4, 1968.

In re: Georgia E. Smith and her husband Paul L. Smith applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 208 So.2d 361.

Writ denied. Under facts found by Court of Appeal there is no error of law.

■

210 So.2d 507

**Sherman M. PASSMAN**

v.

**ALLSTATE INSURANCE COMPANY.**

No. 49259.

June 4, 1968.

In re: Sherman M. Passman applying for certiorari, or writ of review, to the

Court of Appeal, First Circuit, Parish of East Baton Rouge. 208 So.2d 386.

The application is denied. According to the facts of this case, as found by the Court of Appeal, the result reached by the Court is correct.